440 A.2d 1244

Eisaman, etc., et al., Appellants v. Smith, et al.

Argued March 18, 1981. John M. Leonard, submitted a brief on behalf of appellants; Edgar P. Herrington, Jr., for appellees.

Before PRICE, BROSKY and MONTEMURO, JJ.
Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.